# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE**<br>**(For Revocation of Probation)** |
| v. | Case Number:  09-mj-01128-GJR-01 |
| HUYNH THI GONZALES | USM Number:  36383-013 |
| | Robert W. Pepin, AFPD<br>(Defendant's Attorney) |

**THE DEFENDANT:** Admitted guilt to violations 1, 2, and 3, as alleged in the probation officer's petition.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Violation of the Law | 06/11/2010 |
| 2 | Failure to Report Police Contact to the Probation Officer | 01/28/2010 |

   The defendant is sentenced as provided in pages 2 through 3 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

   It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

   It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

January 18, 2011
Date of Imposition of Judgment

*/s/ Kristen L. Mix*
Signature of Judge

Kristen L. Mix, U.S. Magistrate Judge
Name & Title of Judge

January 24, 2011
Date

DEFENDANT:  HUYNH THI GONZALES
CASE NUMBER:  09-mj-01128-GJR-01                                                                    Judgment-Page 2 of 3

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 3 | Failure to Report a Change in Residence to the Probation Officer | 08/19/2010 |

DEFENDANT:  HUYNH THI GONZALES
CASE NUMBER:  09-mj-01128-GJR-01                                    Judgment-Page 3 of 3

## IMPRISONMENT

      The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of time served.

## RETURN

I have executed this judgment as follows:

      Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

                                                                   UNITED STATES MARSHAL

                                    By_____
                                                Deputy United States Marshal